1  Josh H. Escovedo, State Bar No. 284506
2  Eric A. Caligiuri, State Bar No. 260442
   **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
3  Law Corporation
   400 Capitol Mall, 11th Floor
4  Sacramento, California   95814
   Telephone:   916.558.6000
5  Facsimile:   916.446.1611
   Email: jescovedo@weintraub.com

6  Attorneys for Plaintiff Confi-Chek, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFI-CHEK, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASHFAQ RAHMAN, an individual; LOCALBLOX, INC., a Washington corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02135-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING** |

Pursuant to Federal Rules of Civil Procedure, rule 6 and Local Rule 144, plaintiff Confi-Chek, Inc. and defendants Ashfaq Rahman and LocalBlox, Inc. submit the following stipulation to extend Defendants' time to file a responsive pleading by 28 days from **November 8, 2017**, the date that defendant Ashfaq Rahman's responsive pleading is due.  Both Defendants are now required to file a responsive pleading no later than **December 6, 2017**.  No prior extensions have been requested or granted.

/ / /

/ / /

Respectfully submitted,

Dated: November 3, 2017  **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ Josh H. Escovedo
    Josh H. Escovedo
    California State Bar No. 284506

Attorneys for Plaintiff Confi-Chek, Inc.

Dated: November 3, 2017  **KARR TUTTLE CAMPBELL**
A Professional Corporation

By: /s/ J. Dino Vasquez
    J. Dino Vasquez
    California State Bar No. 146725

Attorneys for Defendants LocalBlox, Inc.
and Ashfaq Rahman

## ORDER

IT IS SO ORDERED.

Dated: November 3, 2017  **/s/ JOHN A. MENDEZ**
John A. Mendez
United States District Court Judge

{2329742.DOC;} 2  Stip to Extend Defs' Time to File Responsive Pleading
Case No. 2:17-cv-02135-JAM-EFB