Josh H. Escovedo, State Bar No. 284506
Eric A. Caligiuri, State Bar No. 260442
Zachary S. Thompson, State Bar No. 317110
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916.558.6000
Facsimile: 916.446.1611
Email: jescovedo@weintraub.com

Attorneys for Plaintiff and Counterdefendant Confi-Chek, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFI-CHEK, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ASHFAQ RAHMAN, an individual; LOCALBLOX, INC., a Washington corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:17-cv-02135-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF AND COUNTERDEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING** |

　　　　Pursuant to Federal Rules of Civil Procedure, rule 6 and Local Rule 144, plaintiff and counterdefendant Confi-Chek, Inc. ("Confi-Chek") and defendants and counterclaimants Ashfaq Rahman and LocalBlox, Inc. ("Counterclaimants") submit the following stipulation to extend Confi-Chek's time to file a responsive pleading to Counterclaimants' counterclaim by 21 days, **from January 26, 2018**. Confi-Chek is now required to file a responsive pleading no later than **February 16, 2018**. No prior extensions have been requested or granted for filing a response to Counterclaimants'

counterclaim.

Respectfully submitted,

Dated: February 6, 2018          **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation


By:   /s/ Zachary S. Thompson
      Zachary S. Thompson
      California State Bar No. 317110

Attorneys for Plaintiff and Counterdefendant
Confi-Chek, Inc.


Dated: February 6, 2018          **KARR TUTTLE CAMPBELL**
A Professional Corporation


By:   /s/ J. Dino Vasquez
      J. Dino Vasquez
      California State Bar No. 146725

Attorneys for Defendants and Counterclaimants
LocalBlox, Inc. and Ashfaq Rahman

**ORDER**

IT IS SO ORDERED.

Dated: 2/6/2018                  /s/ John A. Mendez
                                 The Honorable John A. Mendez
                                 United States District Court Judge