Josh H. Escovedo, California State Bar No. 284506
Eric A. Caligiuri, California State Bar No. 260442
**W**EINTRAUB **T**OBIN **C**HEDIAK **C**OLEMAN **G**RODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916.558.6000
Facsimile: 916.446.1611
Email: jescovedo@weintraub.com

Attorneys for Plaintiff and Counterdefendant Confi-Chek, Inc.

J. Dino Vasquez, California State Bar No. 146725
**K**ARR **T**UTTLE **C**AMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206.223.1313
Facsimile: 206.682.7100
Email: dvasquez@karrtuttle.com

Attorneys for Defendants and Counterclaimants Ashfaq Rahman and LocalBlox, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFI-CHEK, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ASHFAQ RAHMAN, an individual; LOCALBLOX, INC., a Washington corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:17-cv-02135-JAM-EFB<br><br>_**AMENDED**_ STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON |

Pursuant to a settlement agreement between plaintiff and counterdefendant Confi-Chek, Inc. ("Plaintiff") and defendants and counterclaimants Ashfaq Rahman and LocalBlox, Inc. (collectively, "Defendants"), the parties hereby stipulate and request that Defendants be

dismissed with prejudice in the above-entitled action; each party to bear its own attorneys' fees and costs.  See Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

Respectfully submitted,

Dated:  January 3, 2019

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By:     /s/ Josh H. Escovedo
        Josh H. Escovedo
        California State Bar No. 284506

Attorneys for Plaintiff and Counterdefendant
Confi-Chek, Inc.

Dated:  January 3, 2019

**KARR TUTTLE CAMPBELL**

By:     /s/ J. Dino Vasquez
        J. Dino Vasquez
        California State Bar No. 146725

Attorneys for Defendants and Counterclaimants
Ashfaq Rahman and LocalBlox, Inc.

### ORDER

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice; each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  1/3/19

/s/ John A. Mendez

The Honorable John A. Mendez
Judge, United States District Court